IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:25-cv-191-CNS

METRO FIBERNET, LLC,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, City of Colorado Springs ("the City"), by and through the Office of the City Attorney, moves for an extension of time to file a responsive pleading and states in support as follows:

D.C.COLO.LCivR 7.1(a) Certification: Undersigned counsel has conferred in good faith with Plaintiff's counsel concerning the relief sought in this motion. He is authorized to state that Plaintiff does not oppose the motion.

1.    Plaintiff filed its Complaint on January 17, 2025. (ECF No. 1).

2.    The City waived service of the Complaint on January 23, 2025. (ECF No. 10).

3.    The City's responsive pleading is currently due on March 24, 2025. The City requests an extension up to and including April 7, 2025 to file its responsive pleading.

4.    Good cause exists to grant this motion. The parties are working towards

resolution of the dispute giving rise to the action. It is anticipated that final resolution will be reached prior to April 7, 2025.

5. This is the City's first request for extension of this deadline. It is not sought for purposes of delay, and no party will be prejudiced as a result.

WHEREFORE, for the foregoing reasons, the City respectfully requests up to and including April 7, 2025 to file a responsive pleading.

Respectfully submitted this 18th day of March, 2025.

OFFICE OF THE CITY ATTORNEY FOR THE
CITY OF COLORADO SPRINGS, COLORADO
Wynetta P. Massey, City Attorney

*/s/ W. Erik Lamphere*
W. Erik Lamphere, Division Chief – Litigation/Employment
30 S. Nevada Ave., Suite. 501
Colorado Springs, CO  80903
Telephone:  (719) 385-5909
Facsimile:  (719) 385-5535
erik.lamphere@coloradosprings.gov
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 18th day of March, 2025, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert G. Scott
Courtney T. DeThomas
Davis Wright Tremaine LLP
bobscott@dwt.com
courtneydethomas@dwt.com
*Attorneys for Plaintiff*

*/s/ Eri Howard*
Eri Howard, Legal Secretary

2